**Order entered April 19, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00934-CV

**LOUELLA CLANTON, Appellant**

**V.**

**JASON MATTHEW CUNNINGHAM, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-16-06335-E**

## ORDER

By order dated March 27, 2018, the Court granted appellant's motion to amend her brief to correct deficiencies and extended the time to April 16, 2018 to file an amended brief. Appellant filed a new brief on April 16, 2018. Before the Court is appellant's April 17, 2018 motion for additional time to file a corrected brief. Because appellant timely filed her new brief on April 16th, we **DENY** appellant's motion as moot.

/s/      ADA BROWN
         JUSTICE